FONG SHEE, etc., Appellant, v. Edward W. CAHILL, as Commissioner of Immigration, etc., Appellee.

No. 8672.

Circuit Court of Appeals, Ninth Circuit.

Feb. 4, 1938.

**1014**

Stephen M. White, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Robert L. McWilliams, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue as provided in rule 32.